# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 5213 | **DATE** | 12/17/2009 |
| **CASE TITLE** | Roger J. Gosselin, et al. Vs. First Trust Advisors L.P., et al. | | |

**DOCKET ENTRY TEXT**

For the reasons stated in the Court's memorandum opinion dated 12/17/09, Defendants' motion to dismiss [103] is denied in its entirety. Status hearing reset to 01/06/10 at 9:00 a.m. Status hearing set for 01/13/10 is stricken.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|