UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

(ELECTRONICALLY FILED)

ROGER J. GOSSELIN, *Individually and*                **PLAINTIFF**
*On behalf of All Others Similarly Situated*

                                      CIVIL ACTION NO. 1:08-CV-05213

v.

FIRST TRUST ADVISORS L.P. *ET AL.*                 **DEFENDANTS**

ANSWERS AND OBJECTIONS OF NON-PARTY
J.J.B. HILLIARD, W.L. LYONS, LLC AND ITS DIVISION,
HILLIARD LYONS ASSET MANAGEMENT, IN RESPONSE TO
PLAINTIFF'S FIRST SET OF INTERROGATORIES

Non-Party, J.J.B. Hilliard, W.L. Lyons, LLC, on behalf of itself and its division, Hilliard

Lyons Asset Management ("Hilliard Lyons"), by counsel, submits the following Answers and

Objections to Plaintiff's First Set of Interrogatories.

GENERAL OBJECTIONS

1.      Hilliard Lyons objects to the separate written discovery requests directed to

Hilliard Lyons Asset Management because Hilliard Lyons Asset Management operated as a

division of Hilliard Lyons and is not a separate legal entity. As such, any documents or

information provided herein relates to both Hilliard Lyons and its division, Hilliard Lyons Asset

Management, and these responses should be construed as being on behalf of both.

2.      To the extent Plaintiff's written discovery requests call for information outside of

the scope of the Federal Rules of Civil Procedure, Hilliard Lyons objects thereto.

3.      To the extent any written discovery request seeks information within the scope of

the attorney-client privilege and/or is protected under the doctrine of attorney work-product,

Hilliard Lyons objects thereto.

4.      Hilliard Lyons states that its responses are based on the facts which it was aware of when the Complaint was filed and/or certain facts obtained thereafter.  Additional facts may become known which alter, amend, supplement or modify these responses.  The responses below are made specifically subject to and without waiving the aforesaid objections and are limited thereby.

## INTERROGATORIES

INTERROGATORY NO. 1:  List the names, titles, email addresses, and dates of employment of any current or former employee of Defendants likely to have knowledge regarding any of the allegations of the Complaint.

ANSWER:  Hilliard Lyons is without knowledge or information sufficient to respond to Interrogatory No. 1.

INTERROGATORY NO. 2:  List the names, titles, email addresses, and dates of employment of any current or former employee of Subadvisors likely to have knowledge regarding any of the allegations of the Complaint.

ANSWER:

Elizabeth Kaplan
Associate Director Compliance
ekaplan@hilliard.com
Hire date 12.9.02

James Allen, Chief Executive Officer
jallen@hilliard.com
Hire date: 7.6.81

Raymond "Rip" Merchele (former employee)
Director Fixed Income
rmerchele@hilliard.com (former e-mail address)
Hire date:  10.29.04 through 4.28.06

Don Asfahl
Director Asset Management
dasfahl@hilliard.com
Hire date:  10.30.96

Ken Mathis (former employee)
Director, Institutional Asset Management
kmathis@hilliard.com (former e-mail address)
Hire date:  6.1.99 through 4.28.06

Julie Gragg (former employee)
Investment Advisory Compliance Analyst
jgragg@hilliard.com (former e-mail address)
Hire date:  3.9.06 through 5.30.08

Justin Ventura  (former employee)
Associate Portfolio Manager
jventura@hilliard.com (former e-mail address)
Hire date:  6.28.05 through 4.28.06

INTERROGATORY NO. 3:  Identify any current or former employee of you or of Defendants

involved with or responsible for valuing the underlying investments and assets in each of the

Funds and/or NAV of each of the Funds during the Relevant Time Period.  For each individual

identified, provide a description of the relationship of that individual to you, as well as his or her

role in valuing the Funds' underlying investments and assets and/or NAV.

ANSWER:  Hilliard Lyons is not aware of any current or former employee involved with or

responsible for valuing the underlying investments and assets in any of the funds and/or NAV of

such funds during the requested time period.

INTERROGATORY NO. 4:  Identify any source or outside broker used to determine the value

of the underlying investments and assets in each of the Funds and/or the NAV of each of the

Funds, including without limitation, any source that provided data concerning the prices of the

assets in each of the Funds, during the Relevant Time Period.  For each source identified,

provide a description of how such source was used to determine the value of each of the Funds'

underlying investments or assets and/or NAV.

ANSWER:  Hilliard Lyons was not responsible for valuing the underlying investments and

assets in the Funds and/or the NAV of the Funds, and therefore is without knowledge or

information sufficient to respond to Interrogatory No. 4.

INTERROGATORY NO. 5: Describe the process used to determine the NAV of the assets in each of the Funds, including without limitation, the roles of specific individuals, the use of data concerning the prices of assets in each of the Funds, and any changes made to the process during the Relevant Time Period.

ANSWER: Hilliard Lyons was not responsible for valuing the underlying investments and assets in the Funds and/or the NAV of the Funds, and therefore is without knowledge or information sufficient to respond to Interrogatory No. 5.

INTERROGATORY NO. 6: Describe the due diligence, if any, performed prior to the purchase of the Funds' underlying assets or investments during the Relevant Time Period.

ANSWER: Hilliard Lyons is without knowledge or information sufficient to respond to Interrogatory No. 6.

INTERROGATORY NO. 7: Describe the role of the Board of Trustees in developing, adopting and overseeing the procedures used to determine the NAV of each of the funds, as well as the values of the underlying investments or assets in each of the Funds, during the Relevant Time Period.

ANSWER: Hilliard Lyons was not responsible for valuing the underlying investments and assets in the Funds and/or the NAV of the Funds, and therefore is without knowledge or information sufficient to respond to Interrogatory No. 7.

INTERROGATORY NO. 8: Describe the Internal Control Policies of First Trust and/or First Trust Portfolios, including any changes made thereto, during the Relevant Time Period.

ANSWER: Hilliard Lyons was not responsible for valuing the underlying investments and assets in the Funds and/or the NAV of the Funds, and therefore is without knowledge or information sufficient to respond to Interrogatory No. 8.

4

INTERROGATORY NO. 9:  Describe your role in developing, adopting and overseeing procedures used to determine the NAV of each of the Funds, as well as the values of the underlying investments or assets in each of the Funds, during the Relevant Time Period.

ANSWER:  Hilliard Lyons had no role in developing, adopting or overseeing procedures to determine the NAV of the funds.

INTERROGATORY NO. 10:  Identify any employee of you or of Defendants involved with or responsible for making any public disclosures concerning the determination of the NAV of each of the Funds, including but not limited to disclosures made in Defendants' SEC filings, during the Relevant Time Period. For each individual identified, provide a description of the relationship of that individual to you, as well as his or her role in making the public disclosures.

ANSWER:  To the best of Hilliard Lyons' knowledge or information, no employees of Hilliard Lyons were involved with or responsible for making any public disclosures concerning the determination of the NAV of the funds.

## VERIFICATION

I, Elizabeth C. Kaplan, on behalf of J.J.B. Hilliard, W.L. Lyons, LLC and its division

Hilliard Lyons Asset Management, being first duly sworn, state that I have read the foregoing

Answers and Objections of Non-Party J.J.B. Hilliard, W.L. Lyons, LLC and Hilliard Lyons

Asset Management in Response to Plaintiff's First Set of Interrogatories and know the content

thereof. Said responses are true and correct to the best of my knowledge and belief based upon

my own knowledge and the information made available to me.

J.J.B. HILLIARD, W.L. LYONS, LLC AND ITS DIVISION,
HILLIARD LYONS ASSET MANAGEMENT


Elizabeth C. Kaplan

Title: Chief Compliance Officer-Advisory


COMMONWEALTH OF KENTUCKY     )
                             )SS:
COUNTY OF JEFFERSON          )

The foregoing instrument was acknowledged before me this 5th day of May, 2010 by
Elizabeth C. Kaplan, Chief Compliance Officer-Advisory of J.J.B. Hilliard, W.L. Lyons, on
behalf of the corporation.

My commission expires: 7-24-11

NOTARY PUBLIC

6

Respectfully submitted,


/s/ *Janet P. Jakubowicz*
Janet P. Jakubowicz
GREENEBAUM DOLL & MCDONALD PLLC
3500 National City Tower
101 South Fifth Street
Louisville, Kentucky 40202
(502) 589-4200

COUNSEL FOR NON-PARTY,
J.J.B. HILLIARD, W.L. LYONS, LLC, ON BEHALF
OF ITSELF AND ITS DIVISION, HILLIARD LYONS
ASSET MANAGEMENT

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing was served on this, the 5th day of May, 2010, via service through CM/ECF Electronic Filing to the United States District Court, Northern District of Illinois upon the following:

Lori Ann Fanning
Marvin Alan Miller
MILLER LAW LLC
115 South LaSalle Street
Suite 2910
Chicago, IL 60603

Andrew J. Brown
COUGHLIN STOIA GELLER RUDMAN
 & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

Peter J. Moughey
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, ECHSNER, & PROCTOR, P.A.
316 S.Baylen Street, Suite 600
Pensacola, FL 32502

Andrew S. Friedman
BONNETT FAIRBOURN FRIEDMAN & BALINT, P.C.
2901 N. Central Avenue, Suite 1000
Phoenix, AZ 85012

COUNSEL FOR PLAINTIFFS

Sean M. Murphy
MILBANK, TWEED, HADLEY & MCCLOY LLP
One Chase Manhattan Plaza
New York, NY 10005-1413

COUNSEL FOR DEFENDANTS,
FIRST TRUST ADVISORS, LP
FIRST TRUST PORTFOLIOS L.P.,
JAMES A. BOWEN and MARK R. BRADLEY


John W. Rotunno
Kenneth E. Rechtoris
Todd E. Pentecost
Sara E. Robinson
BELL, BOYD & LLOYD LLP
70 West Madison Street, Suite 3100
Chicago, IL 60602-4207

COUNSEL FOR DEFENDANTS,
FIRST TRUST STRATEGIC HIGH INCOME FUND,
FIRST TRUST STRATEGIC HIGH INCOME FUND II,
FIRST TRUST STRATEGIC HIGH INCOME FUND III,
RICHARD E. ERICKSON, THOMAS R. KADLEC,
ROBERT F. KEITH, NIEL B. NIELSON and
DAVID M. OSTLER


/s/ Janet P. Jakubowicz
COUNSEL FOR NON-PARTY,
J.J.B. HILLIARD, W.L. LYONS, LLC, ON BEHALF
OF ITSELF AND ITS DIVISION, HILLIARD LYONS
ASSET MANAGEMENT


3859891_1.doc