UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 4.2**
Eastern Division

Roger J. Gosselin, et al.
                            Plaintiff,

v.                                         Case No.: 1:08−cv−05213
                                                  Honorable Samuel Der−Yeghiayan

First Trust Advisors L.P., et al.
                            Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 29, 2011:

      MINUTE entry before Honorable Samuel Der−Yeghiayan: Motion hearing held. Movants' motion for entry of an order of preliminary approval of settlement and for issuance of class notice [136] is granted. Fairness hearing is set for 7/28/2011 at 09:30 AM. (draft order to follow)Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.