Order Form (01/2005)

Case: 1:08-cv-05213 Document #: 145 Filed: 07/28/11 Page 1 of 1 PageID #:4099



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 5213 | **DATE** | 7/28/2011 |
| **CASE TITLE** | Roger J. Gosselin, et al. Vs. First Trust Advisors L.P., et al. | | |

**DOCKET ENTRY TEXT**

Fairness hearing held. As stated on the record, the request for final class certification is granted. The Court finds the settlement is fair, reasonable and adequate. The attorneys' fees and costs are reasonable and appropriate. The instant action is hereby dismissed pursuant to settlement. All pending dates and motions are hereby stricken as moot. Civil case terminated.

■ [ For further detail see order and final judgment.]

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | maw |
|---|---|---|

08C5213 Roger J. Gosselin, et al. Vs. First Trust Advisors L.P., et al.     Page 1 of 1